SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

*E-filed 7/26/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGOC TUY CHAU,<br>        Plaintiff,<br>   v.<br>THOMAS RIDGE, as Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of U.S. Citizen and Immigration Services; DAVID STILL, as Director of the United States Citizenship & Immigration Services for San Francisco, California,<br>        Defendants. | No. C 07-2267 HRL<br><br>**STIPULATION TO EXTEND DATE OF THE CASE MANAGEMENT CONFERENCE; AND ORDER** |

(1) The plaintiff filed this action on April 25, 2007, seeking review of a decision by the United States Citizenship and Immigration Services (USCIS) to deny her request to change the date of birth listed on her certificate of naturalization from December 7, 1959, to December 7, 1949.

(2) The defendants have filed a motion to dismiss and scheduled a hearing on that motion for August 21, 2007, at 10:00 a.m.

(3) In the interest of judicial economy, the parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for July 31st, to some future date after this Court's disposition of the defendants' motion to dismiss.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C07-2267 HRL                 1

Date: July 24, 2007                                /s/
                                                  EDWARD A. OLSEN
                                                  Assistant United States Attorney


Date: July 24, 2007                                /s/
                                                  JOSEPH TSE
                                                  Lun & Associates
                                                  Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, the initial Case Management Conference in this case, originally set for July 31, 2007 at 1:30 p.m., is now continued to **September 4, 2007 at 1:30 p.m.** in Courtroom 2, 5th Floor of the U.S. District Court, San Jose.

Further, Plaintiff is ORDERED to file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge **immediately**.

**IT IS SO ORDERED.**

Date: 7/26/07

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C07-2267 HRL                                      2