**E-filed 10/26/07**

1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12
   NGOC TUY CHAU,                        )  No. C 07-2267-JF
13                                       )
              Plaintiff,                 )
14                                       )  STIPULATION TO VACATE HEARING
         v.                              )  AND CASE MANAGEMENT
15                                       )  CONFERENCE; AND [PROPOSED]
   THOMAS RIDGE, as Secretary of the     )  ORDER
16 Department of Homeland Security;      )
   EDUARDO AGUIRRE, Director of U.S.     )
17 Citizen and Immigration Services;     )  Date:      October 26, 2007
   DAVID STILL, as Director of the       )  Time:      9:00 a.m.
18 United States Citizenship & Immigration )  Courtroom:  3
   Services for San Francisco, California, )
19                                       )
                                         )
20            Defendants.                )
                                         )
21 _____

22      The plaintiff, by and through his attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the hearing in the

24 above-entitled matter, currently set for October 26, 2007, at 9:00 a.m., and to decide this matter on

25 the papers.

26      The parties also jointly ask this Court to vacate the case management conference, currently set

27 for October 26, 2007.  If this Court denies the government's unopposed motion to dismiss, the

28 parties will promptly file a case management statement and ask this Court to set a case

   STIPULATION TO VACATE HEARING
   C07-2267-JF                          1

1  management conference.

2
   Dated:  October 25, 2007                     Respectfully submitted,
3
                                                SCOTT N. SCHOOLS
4                                               United States Attorney

5

6                                                      /s/
                                                EDWARD A. OLSEN
7                                               Assistant United States Attorney
                                                Attorneys for Defendants
8

9

10
   Dated:  October 25, 2007                            /s/
11                                              JOSEPH TSE
                                                Lun & Associates
12

13                              **ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.

15

16

   Dated:   10/26/07       _____
17                                     JEREMY FOGEL
                                United States District Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE HEARING
C07-2267-JF                              2